1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Ms. Acosta-Ocejo
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   Case No. 08mj8647
                                    )
12         Plaintiff,                )
                                    )
13 v.                               )
                                    )   **NOTICE OF APPEARANCE**
14 LUZ ALEJANDRA ACOSTA-OCEJO,      )
                                    )
15         Defendant.                )
                                    )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned.
20                                      Respectfully submitted,
21 Dated: July 22, 2008                 *s/ Bridget Kennedy*
                                        Federal Defenders of San Diego, Inc.
22                                      *bridget_kennedy@fd.org*

1  **BRIDGET KENNEDY**
California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone (619) 234-8467
4  Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6  Attorneys for Ms. Acosta-Ocejo
7
8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,           )   Case No. 08mj8647
                                       )
12            Plaintiff,                )
                                       )
13 v.                                   )   PROOF OF SERVICE
                                       )
14 **LUZ ALEJANDRA ACOSTA-OCEJO,**     )
                                       )
15            Defendant.                )
                                       )
16
17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:
20        **United States Attorney**
          efile.dkt.gc1@usdoj.gov
21
22 Dated: July 22, 2008                      _s/ Bridget L. Kennedy_
                                             **BRIDGET L. KENNEDY**
23                                           Federal Defenders of San Diego, Inc.,
                                             225 Broadway, Suite 900
24                                           San Diego, CA 92101-5030
                                             (619) 234-8467  (tel)
25                                           (619) 687-2666  (fax)
                                             e-mail:bridget_kennedy@fd.org
26
27
28